934

States of America et al. and DRI–The Voice of the Defense Bar for leave to file briefs as *amici curiae* granted. Certiorari granted. 

No. 11–9307. HENDERSON *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. 

No. 10–947. BANK MELLI IRAN NEW YORK REPRESENTATIVE OFFICE *v.* WEINSTEIN ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–1139. FACULTY SENATE OF FLORIDA INTERNATIONAL UNIVERSITY ET AL. *v.* FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 10–1322. DIRECTV, INC., ET AL. *v.* TESTA, TAX COMMISSIONER OF OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 10–1377. COOK ET AL. *v.* ROCKWELL INTERNATIONAL CORP. ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–1555. PACIFIC MERCHANT SHIPPING ASSN. *v.* GOLDSTENE, EXECUTIVE OFFICER, CALIFORNIA AIR RESOURCES BOARD, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–71. COTRONEO ET AL. *v.* SHAW ENVIRONMENTAL & INFRASTRUCTURE, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–969. RYAN ET AL. *v.* PICARD ET AL.; and
No. 11–986. VELVEL *v.* PICARD ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 654 F. 3d 229.

No. 11–1009. PUBLIC CITIZEN, INC., ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–1026. M. H. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.